TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00748-CR

Dana Powell, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 39,561, HONORABLE JOE CARROLL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for possession of a controlled
substance. Appellant has filed a motion to withdraw this appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. Tex. R. App. P. 59(b).

Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 14, 1996

Do Not Publish